UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

               Plaintiff,

-against-

PREFERRED MUTUAL INSURANCE COMPANY
and KEMPER INDEPENDENCE INSURANCE
COMPANY,

               Defendants.
_____

Civil Action No. :
3:17-CV-0462 (BKS/DEP)

**NOTICE OF DISMISSAL**

**S I R S/M A D A M E S:**

    **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(c)(1) and (2), as LIBERTY MUTUAL FIRE INSURANCE COMPANY ("LIBERTY MUTUAL") has not served a responsive pleading and before evidence has been introduced at a hearing or trial, defendant PREFERRED MUTUAL INSURANCE COMPANY ("PREFERRED MUTUAL") hereby dismisses the counterclaim asserted against LIBERTY MUTUAL with prejudice and without costs to any party.

DATED:    Williamsville, New York
             June 28, 2017

                                            _____
                                            Joseph M. Schnitter, Esq.
                                            Bar Number 506632
                                            SCHNITTER CICCARELLI MILLS PLLC
                                            *Attorneys for Defendant Preferred Mutual*
                                            8685 Sheridan Drive
                                            Williamsville, New York 14221
                                            (716) 204-1861

TO:  Marshall T. Potashner, Esq.
     Bar Number 507616
     JAFFE & ASHER LLP
     *Attorneys for Plaintiff*
        *Liberty Mutual Fire Insurance Company*
     445 Hamilton Avenue, Suite 405
     White Plains, New York 10601
     (212) 687-3000

CC:  Alan DePeters, Esq.
     TREVETT CRISTO SALZER & ANDOLINA P.C.
     *Attorneys for Defendant*
        *Kemper Independence Insurance Company*
     Two State Street, Suite 1000
     Rochester, New York 14614
     (585) 454-2181

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*

Brenda K. Sannes
U.S. District Judge

Dated: 6/30/17
       Syracuse, NY