UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

               Plaintiff,

-against-

PREFERRED MUTUAL INSURANCE COMPANY
and KEMPER INDEPENDENCE INSURANCE
COMPANY,

               Defendants.

Civil Action No. :
3:17-CV-0462 (BKS/DEP)

**NOTICE OF DISMISSAL**

---

**S I R S/M A D A M E S:**

    **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(c)(1) and (2), as the KEMPER INDEPENDENCE INSURANCE COMPANY ("KEMPER") has not served a responsive pleading and before evidence has been introduced at a hearing or trial, defendant PREFERRED MUTUAL INSURANCE COMPANY ("PREFERRED MUTUAL") hereby dismisses the cross-claim asserted against KEMPER while preserving the fourth affirmative defense asserted in response to the complaint by the LIBERTY MUTUAL FIRE INSURANCE COMPANY, without prejudice and without costs to any party.

DATED:    Williamsville, New York
June 28, 2017

*[signature: Joseph M. Schnitter]*

Joseph M. Schnitter, Esq.
Bar Number 506632
SCHNITTER CICCARELLI MILLS PLLC
*Attorneys for Defendant Preferred Mutual*
8685 Sheridan Drive
Williamsville, New York 14221
(716) 204-1861


TO:    Alan DePeters, Esq.
TREVETT CRISTO SALZER & ANDOLINA P.C.
*Attorneys for Defendant*
  *Kemper Independence Insurance Company*
Two State Street, Suite 1000
Rochester, New York 14614
(585) 454-2181

CC:    Marshall T. Potashner, Esq.
Bar Number 507616
JAFFE & ASHER LLP
*Attorneys for Plaintiff*
  *Liberty Mutual Fire Insurance Company*
445 Hamilton Avenue, Suite 405
White Plains, New York 10601
(212) 687-3000

IT IS SO ORDERED:

*[signature: Brenda K. Sannes]*

Brenda K. Sannes
U.S. District Judge

Dated: ___6/30/2017___
         Syracuse, NY